## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| **A&T YARD SERVICE, INC.** | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **2:15-CV-120-J** |
| | § | **Civil Action Number** |
| **STATE AUTOMOBILE MUTUAL** | § | |
| **INSURANCE COMPANY AND** | § | |
| **SHERRI KING** | § | |
| **Defendant.** | § | |

### STIPULATION REGARDING EXTENSION OF "READY FOR TRIAL" DATE

Plaintiff and Defendant advise the Court of their agreement to extend the "ready for trial" date of December 21, 2015 as set forth in this Court's scheduling order. (Dkt #3)

#### A. Stipulation

1. By agreement of the parties, the depositions of Sherri King ("King") and Elvis Spoon ("Spoon") were scheduled for December 10, 2015. *See* Exhibit A.

2. King was involved in an accident, which impacted her health and ability to complete the deposition as scheduled on December 10, 2015.  As a result, the parties agreed to postpone the depositions of King and Spoon.

3. By agreement, the parties have rescheduled King and Spoon's depositions for January 5, 2016. *See* Exhibit B.

4. The parties request that the "ready for trial" date of December 21, 2015, as set forth in this Court's scheduling order (Dkt #3), be extended for a period of thirty (30) days to permit the parties sufficient time to conduct King and Spoon's depositions.

B. Conclusion

4.  The Parties ask the Court to accept this Stipulation and extend the "ready for trial" date

for a period of thirty (30) days.

Respectfully submitted,

*/s/ Jonathan Lisenby* w/permission bln
MATTHEW R. PEARSON
State Bar No. 00788173
JONATHAN LISENBY
State Bar No. 24072889
GRAVELY & PEARSON, L.L.P.
425 Soledad, Suite 600
San Antonio, Texas 78205
210-472-1111 phone
210-472-1110 fax
mpearson@gplawfirm.com

**ATTORNEY FOR PLAINTIFF
A&T YARD SERVICE, INC.**

   */s/ Sterling Elza*
STERLING ELZA
State Bar No. 24026823
ALICIA MURPHY
State Bar No. 24095005
BROWN, DEAN, WISEMAN, PROCTOR,
   HART & HOWELL,  L.L.P.
200 Fort Worth Club Building
306 West 7th Street
Fort Worth, Texas 76102-4905
Telephone: 817.332.1391
Facsimile: 817.870.2427
Email: selza@browndean.com
         amurphy@browndean.com

**ATTORNEYS FOR DEFENDANT
STATE AUTOMOBILE MUTUAL
INSURANCE COMPANY**

## CERTFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument will be sent to the following counsel of record by electronic service on this 11th day of December, 2015.

 */s/ Sterling Elza*\
Sterling Elza