UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| A&T YARD SERVICE, INC.<br>    Plaintiff,<br><br>vs.<br><br>STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY<br>    Defendants. | §<br>§<br>§<br>§    2:15-CV-120-J<br>§    Civil Action Number<br>§<br>§<br>§ |

## AMENDED AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, A&T Yard Service Inc., Plaintiff in the above-entitled and numbered cause, and states to the Court that the Parties have come to a resolution and Plaintiff moves this Court to dismiss this cause against Defendant, State Automobile Mutual Insurance Company with prejudice at the cost of the party incurring the same.

**Respectfully submitted,**

/s/ Matthew R. Pearson

Matthew Pearson
State Bar No. 00788173
Jonathan Lisenby
State Bar No. 24072889
GRAVELY & PEARSON, L.L.P.
425 Soledad, Suite 600
San Antonio, Texas 78205
210-472-1111 phone
210-472-1110 fax
mpearson@gplawfirm.com

**ATTORNEY FOR PLAINTIFF
A&T YARD SERVICE, INC.**

/s/ Alicia Murphy
Sterling Elza
Attorney-In-Charge
State Bar No. 24026823
Alicia Murphy
State Bar No. 24095005
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905
Telephone: (817) 332-1391
Facsimile: (817) 870-2427
Email: selza@browndean.com
       amurphy@browndean.com

**ATTORNEY FOR DEFENDANT, STATE AUTOMOBILE MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I do hereby certify that on this the ___ day of January, 2016, a true and correct copy of the above and foregoing instrument was forward to all parties by and through their respective attorneys of record and the original was promptly filed with the District Clerk's office of this division.

/s/ Alicia Murphy
Sterling Elza/Alicia Murphy