UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| A&T YARD SERVICE, INC.<br>Plaintiff, | §<br>§<br>§ | |
| vs. | § | 2:15-CV-120-J |
| | § | Civil Action Number |
| STATE AUTOMOBILE MUTUAL<br>INSURANCE COMPANY<br>Defendants. | §<br>§<br>§ | |

## AMENDED ORDER FOR DISMISSAL WITH PREJUDICE

ON this the 27th day of January, 2016, came on to be heard the above and foregoing Amended Agreed Motion of Dismissal with Prejudice, and the Court having considered said Motion, and being of the opinion that the same should be granted; It is accordingly,

ORDERED, ADJUDGED and DECREED by the Court that Plaintiff A&T Yard Service, Inc.'s claims and causes of action against Defendant, **State Automobile Mutual Insurance Company,** be, and the same are hereby dismissed, with prejudice and at the cost of party incurring same.

SIGNED this 27th day of January, 2016.

_____
Judge Presiding

APPROVED:

**GRAVELY & PEARSON, L.L.P.**

By: *Matthew R Pearson*
Matthew Pearson
State Bar No. 00788173
Jonathan Lisenby
State Bar No. 24072889
425 Soledad, Suite 600
San Antonio, Texas 78205
210-472-1111 phone
210-472-1110 fax
mpearson@gplawfirm.com

**Attorney for Plaintiff**


**BROWN, DEAN, WISEMAN, PROCTOR, HART & HOWELL, LLP**

By: /s/ Alicia Murphy
Sterling Elza
Attorney-In-Charge
State Bar No. 24026823
Alicia Murphy
State Bar No. 24095005
306 West 7th Street, Suite 200
Fort Worth, Texas  76102-4905
Telephone: (817) 332-1391
Facsimile:  (817) 870-2427
Email: selza@browndean.com
       amurphy@browndean.com

**Attorney for Defendant**